JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL GEORGE SANFT,<br><br>           Plaintiff,<br><br>v.<br><br>RABON JOHNSON, et al.,<br><br>           Defendants. | Case No. CV 23-04202-SK<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Complaint, **IT IS ADJUDGED** that this action is dismissed with prejudice.

DATED: September 19, 2023

_____
STEVE KIM
United States Magistrate Judge